

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Nolen L. Sewell
County Attorney
Wise County
Decatur, Texas

Dear Sir;        Opinion No. 0-2663
Re: Whether a man with only one eye is
eligible to operate a school bus.

We have your letter of August 20th, wherein you re-
quest the opinion of this department as to whether a man with
only one eye would be eligible to operate a school bus under
the provisions of Article 2687a, Revised Civil Statutes of
Texas, which reads in part as follows:

"No person shall be employed to transport
pupils, who is not at least twenty-one years of
age and a competent driver of motor vehicles and
sound in body and mind."

The unquestioned purpose of this provision is to
guard the safety of the pupils transported in the school bus.
The Legislature having made no effort to define the term "a
competent driver of motor vehicles" and "sound in body and
mind," doubtless intended the statute to prescribe general
rules to guide the discretion of the school board in the selec-
tion of a bus driver. We are not prepared to say, that as a
matter of law, a man with only one eye is not a competent
driver or that he is not sound in body and mind within the mean-
ing of that term as used in Article 2687a. A man with two eyes
whose sight in both is defective, might be much less qualified
to operate a bus than another man with perfect vision in one
eye.

It is our opinion, therefore that your question is

one largely of fact, the determination of which must rest in the exercise of the sound discretion vested in the school board.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Walter R. Koch
Assistant

WRK:AW

APPROVED AUG 26, 1940

/s/ Grover Sellers
FIRST ASSISTANT
Attorney General

APPROVED
opinion committee
By BWB
chairman